**File Hashes for IP Address 67.175.173.110**

**ISP:** Comcast Cable
**Physical Location:** **Bolingbrook, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/03/2013 15:16:05 | 43C341AC6F11E5E049FA5D0BB26864E7034E0FD9 | **Up Close and Personal** |
| 07/21/2013 01:47:20 | D8383418FD6F4089C874425E194090EA19803836 | **Pool Party For Three** |
| 07/09/2013 03:55:34 | EA158B04CA6CD6227F9D3496BD5F519C4465A3A3 | **Stay for a While** |
| 07/06/2013 04:10:54 | 4F8BC52BECA98C5E22F7D4EDC1FCA2FC8D06461B | **Newlyweds** |
| 06/15/2013 03:22:47 | 5BD8F8A1E7197CC14523D64543C02EF7A40859E2 | **Meet Me in Madrid** |
| 06/06/2013 01:04:00 | 019650D10FDD6E5088423F036E97C2A0E627DACA | **Rolling in the Sheets** |
| 06/06/2013 00:57:08 | 541D7A68C2D86B2F9B9BCFFD18EBFBAE30E15C36 | **Good Morning Baby** |
| 05/28/2013 03:51:31 | 6417BFBD9D5B7F566631DA9085C03AEDF913D40C | **A Wonderful World** |
| 05/27/2013 00:12:32 | 809DCAFF381852A4F973D92C191F833E312B0B3F | **Marry Me** |
| 05/23/2013 04:05:12 | 9C94A448C8E86FEEBA63D91998500F23F2E01C89 | **Snow White and the Prince** |
| 05/23/2013 03:13:14 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | **Simply Stunning** |
| 05/17/2013 02:21:30 | BC8E1C96364C337AAAF9DA09C1E10785E1A685AE | **Names** |
| 04/29/2013 03:07:13 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | **Then They Were Three** |
| 04/10/2013 22:55:31 | 6CB5E6EB996583FD1BCABD00DD95BB236A48C73B | **Circles of Bliss** |
| 04/10/2013 22:54:07 | E43AC3BACE205EFB7010D584550AE202433D9545 | **Apartment Number Four** |
| 04/06/2013 03:00:53 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | **Featherlight** |
| 03/05/2013 14:13:46 | 9553EBE8FFDF1D250C0421C4E67292FE07A6CF4C | **A Little Rain Must Fall** |
| 03/05/2013 14:02:20 | D2EB5C5DD8B59296E07C6B65ACB34B99D1C70770 | **Ready for Bed** |
| 03/02/2013 05:10:55 | 693EC62B06A51AF832EB0C45FA2F2463B0A7719E | **Mad Passion** |
| 02/19/2013 02:11:02 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | **Seeing Double** |
| 02/17/2013 16:23:31 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | **Apartment in Madrid** |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/17/2013 13:02:40 | 58D045CF5E83EDB97D7BA9C666D23D36C7 64CC9B | Want You |
| 01/10/2013 11:18:46 | F7C58C6C183EF143EE3C45955C786ED7692 FAB4C | Spur Of The Moment |
| 10/01/2012 04:52:55 | EC3B64720F386F52A7C2BA4E11D220D819 E46E1A | Black Lingerie Bliss |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

NIL119